# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>INVEST VEGAS, LLC AND MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01092-APG-PAL<br><br>**ORDER (1) DENYING MOTION TO LIFT STAY, (2) REFERRING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND TO AUTHORIZE SERVICE BY PUBLICATION TO THE MAGISTRATE JUDGE, AND (3) DIRECTING THE CLERK'S OFFICE TO REMOVE THE EX PARTE DESIGNATION ON THE MOTION**<br><br>(ECF No. 12) |

Plaintiff Wilmington Trust National Association filed an ex parte motion to partially lift the stay so that it could move for an enlargement of time and for authorization to serve defendant Invest Vegas, LLC by publication. I deny the motion to lift stay as unnecessary. I previously ordered that the stay does not apply to service of process. I refer the matter of whether to grant the motion to enlarge service of process and to authorize service by publication to Magistrate Judge Leen.

IT IS THEREFORE ORDERED that the ex parte motion to partially lift stay (ECF No. 12) is DENIED to the extent it requests a partial lifting of the stay because no lifting of the stay is necessary to resolve service issues.

IT IS FURTHER ORDERED that the motion to enlarge time for service of process and to authorize service by publication (ECF No. 12) is REFERRED to Magistrate Judge Leen.

IT IS FURTHER ORDERED that the clerk of court shall remove the ex parte designation from ECF No. 12 to make that document publicly accessible.

DATED this 13th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE