Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br><br>vs.<br><br>INVEST VEGAS, LLC, a Nevada limited liability company; MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-01092-APG-PAL<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND TO AUTHORIZE SERVICE BY PUBLICATION AND ALTERNATIVE MEANS** |

Based on the Motion to Enlarge Time for Service of Process and to Authorize Service by Publication and Alternative Means (the "Motion") filed by Plaintiff Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as

DMWEST #16749390 v1

Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4, ("Plaintiff") and for good cause appearing thereby, this Court hereby GRANTS the Motion.

The deadline to effect service on Defendant Invest Vegas, LLC shall be extended until September 18, 2018.

Furthermore, service may be effected by mailing a copy of the summons and complaint by certified mail to the last known address of the limited liability company (or a member or manager, if known), by serving the Nevada Secretary of State, by posting a copy of each with the clerk of the Court, and by publication.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2017

SUBMITTED BY:

BALLARD SPAHR LLP

By: /s/ Sylvia Semper
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4*

2

DMWEST #16749390 v1