# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INVEST VEGAS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01092-APG-PAL<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>(ECF No. 19) |

IT IS ORDERED that plaintiff Bank of America, N.A.'s motion to lift stay **(ECF No. 19) is GRANTED**. The stay in this case is lifted for all purposes.

DATED this 29th day of September, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE